## NOOJIN v. UNITED STATES.

(Circuit Court of Appeals, Fifth Circuit. November 10, 1908.)

No. 1,751.

APPEAL AND ERROR (§ 78*)—APPEALABLE ORDERS—REFUSAL TO QUASH EXECUTION.

In the courts of the United States the refusal to quash an execution is not a final judgment, and cannot be reviewed on writ of error.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. § 479; Dec. Dig. § 78.*

Finality of judgments and decrees for purposes of review, see notes to Brush Electric Co. v. Electric Improvement Co. of San Jose, 2 C. C. A. 379; Central Trust Co. of New York v. Madden, 17 C. C. A. 238; Prescott & A. C. Ry. Co. v. Atchison, T. & S. F. R. Co., 28 C. C. A. 482.]

In Error to the Circuit Court of the United States for the Northern District of Alabama.

For opinion below, see 155 Fed. 377.

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

P. E. Culli, for plaintiff in error.

Oliver D. Street and J. H. Montgomery, for defendant in error.

Before PARDEE and SHELBY, Circuit Judges, and BURNS, District Judge.

PER CURIAM. The writ of error in this case was brought to review the action of the court in denying a motion to quash an execution. In the courts of the United States the refusal to quash an execution is not a final judgment. Boyle v. Zacharie, 6 Pet. 635, 637, 8 L. Ed. 527; Evans v. Gee, 14 Pet. 1, 10 L. Ed. 327; Loeber v. Schrader, 149 U. S. 580, 585, 13 Sup. Ct. 934, 37 L. Ed. 856.

Writ of error dismissed.